Ronnie Wayne CRADDOCK; Sherrie Denise Hawkins, Plaintiffs–Appellants,

v.

BEAUFORT COUNTY SHERIFFS DEPARTMENT; Beaufort County Sheriffs Office; Sheriff Alan Jordan; Deputy Sheriff Jeremy Wallace; Deputy Sheriff Charles Rose; Deputy Sheriff Nina Shoaf; Deputy Sheriff James Stallings; Deputy Sheriff Keith Owens; Deputy Sheriff C.R. Smith, Defendants–Appellees.

No. 12–1831.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Ronnie Wayne Craddock, Sherrie Denise Hawkins, Appellants Pro Se. Christopher J. Geis, Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

**PER CURIAM:**

Ronnie Wayne Craddock and Sherrie Denise Hawkins appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Craddock v. Beaufort Cnty. Sheriffs Dep't*, No. 4:09–cv–00092–D, 2011 WL 4460309 (E.D.N.C. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*